O



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>    v.<br>LUIS BOJORQUEZ<br>    Defendant. | CASE NO. CR13-0011 PA<br><br>ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) (Allegations of Violations of Probation/ Supervised Release Conditions of Release) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

    (A)  ( ✓ ) the appearance of defendant as required; and/or

    (B)  ( ✓ ) the safety of any person or the community.

//

//

The court concludes:

A. (✓) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_△ submits to detention._

(B) (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_See above._

IT IS ORDERED that defendant be detained.

DATED: March 9, 2018

HONORABLE JAY C. GANDHI
UNITED STATES MAGISTRATE JUDGE